(May 17, 1943.)

CHARLES GOTTLIEB, Respondent, v. VILKO LARIC, Appellant.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHARLES GOTTLIEB, Respondent, v. VILKO LARIC, Appellant.—

Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

(May 21, 1943.)

TITLE GUARANTEE AND TRUST COMPANY, as Trustee of a Trust for AMY P. BYRD and Others, Respondent, v. GEORGE R. BYRD et al., Defendants, and CARL T. BYRD et al., Defendants-Appellants.

*Per Curiam.* We think that the court itself might well have tried the issues raised in this case. Since, in its discretion, however, the court saw fit to appoint a Referee, we are of opinion that, on account of the financial condition of the trust, it should have appointed an Official Referee.

The interlocutory judgment should be modified accordingly, and as so modified affirmed, without costs.

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

Interlocutory judgment unanimously modified in accordance with opinion and as so modified, affirmed, without costs. Settle order on notice.

GRAYBAR ELECTRIC COMPANY, INC., Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 475 FIFTH AVENUE CORPORATION, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROGERS PEET COMPANY, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and